**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

WAYNE ZUCCO,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:25-CV-00013-ART-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 32]

Plaintiff filed his initial disclosures pursuant to Federal Rule of Civil Procedure 26 on the docket. (ECF No. 32.) However, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document and instructs Plaintiff to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.[1]

**IT IS SO ORDERED.**

**DATED:** March 23, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that if Plaintiff relies on the assistant of another inmate, that person is also required to follow the rules and orders of the Court.