# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

WAYNE ZUCCO,

                Plaintiff,

   v.

STATE OF NEVADA, *et al.*,

                Defendants.

Case No. 3:25-CV-00013-ART-CLB

**ORDER FOR ATTORNEY GENERAL'S OFFICE TO PROVIDE UPDATED ADDRESS FOR DEFENDANT JUSTIN VOSS**

The Attorney General's Office previously declined to accept service on behalf of Defendant Justin Voss ("Voss") and filed his last known address under seal. (ECF Nos. 22, 23.) The U.S. Marshals attempted to serve Voss at the address provided on three occasions but were unsuccessful. (ECF No. 37.) The deputy noted on the summons return that Voss did not live at that address. (*Id.*) Accordingly, the Court orders the Attorney General's Office to determine if there are any additional addresses Voss may be located at. The Attorney General's shall file a notice with the Court under seal on or before **Tuesday, May 12, 2026**, either with: (1) Voss's updated address information; or, if no updated information is found, (2) an explanation of what steps were taken to try and find Voss's updated address information.

**IT IS SO ORDERED**.

**DATED**: April 21, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**