**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WAYNE ZUCCO,<br><br>                              Plaintiff,<br><br>       v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                          Defendants. | Case No. 3:25-CV-00013-ART-CLB<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE**<br><br>[ECF No. 47] |

Before the Court is Plaintiff Wayne Zucco's ("Zucco") notice that he published an advertisement to serve Defendant Justin Voss ("Voss") by publication. (ECF No. 47.) Zucco's filing is improper for several reasons. First, the Court's General Order No. 2021-05 specifically states litigants "must **not** file 'notices' or 'letters' with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel." Second, the Court previously denied Zucco's motion to serve Voss by publication because he had not satisfied the requirements set forth in Nevada Rule of Civil Procedure 4.4. (ECF No. 43.) Thus, even if Zucco ran an advertisement, it would not constitute proper service. Lastly, the Attorney General's Office filed a notice stating they were able to contact Voss and would accept service on his behalf. (ECF No. 46.) Zucco's attempt to serve Voss via publication is therefore moot.

For these reasons, the Court **STRIKES** Zucco's notice of service by publication. (ECF No. 47.) Zucco is cautioned that future attempts to contravene an order of the Court may result in sanctions.

**IT IS SO ORDERED**.

**DATED**: May 14, 2026      .

_____
**UNITED STATES MAGISTRATE JUDGE**