UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WAYNE ZUCCO,

Plaintiff,

v.

BONITA SIMON, et al.,

Defendant.

Case No. 3:25-CV-00013-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 51)

Plaintiff Wayne Zucco brings this action against several Nevada Department of Corrections employees. (ECF No. 6.) Zucco filed a motion to dismiss Defendants Joseph Barrett and Lorenzo Villegas. (ECF No. 49.) The motion is unopposed. (ECF No. 50.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) that the Defendants be dismissed. (ECF No. 51.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full. Pursuant to Local Rule 7-2(d), an unopposed motion constitutes consent to grant the motion. Defendants filed a non-opposition to this motion, and therefore dismissal is appropriate.

## I. Conclusion

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 51) is ADOPTED in full.

It is further ordered that Zucco's motion to dismiss (ECF No. 49) is GRANTED.

It is further ordered that Defendants Joseph Barrett and Lorenzo Villegas be dismissed from this case.

DATED: August 27, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE